

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Michael Moore and Christine M. Huddleston,

\* From the County Court at Law No. 2 of Midland County, Trial Court No. CV35685.

Vs. No. 11-24-00309-CV

\* January 9, 2025

Freedom Mortgage Corporation,

\* Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Michael Moore and Christine M. Huddleston.